USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
CATHERINE MCGANN,                                              :
                                                               :
                              Plaintiff,                       :
                                                               :    17-CV-7101 (VEC)
            -against-                                          :
                                                               :    ORDER
LITTLETHINGS, INC.,                                            :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

   WHEREAS on January 25, 2018, the Court adjourned Defendant's deadline to answer or otherwise respond to the Complaint to February 16, 2018 and gave Plaintiff until February 26, 2018 to move for an order to show cause for default judgment;

   WHEREAS Defendant has not answered or otherwise responded to the Complaint and Plaintiff has not moved for a default judgment; and

   IT IS HEREBY ORDERED that by **March 20, 2018**, Plaintiff must show cause why this case should not be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute and comply with court orders. Plaintiff is forewarned that failure to respond to this order will result in dismissal of this action.

**SO ORDERED.**

Date:  March 15, 2018                        _____
       New York, NY                          **VALERIE CAPRONI**
                                             **United States District Judge**